**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JUSTIN CORLISS,                 :    No. 157 MAL 2022

          Petitioner          :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court
          v.                       :

                                  :

LEE A. CICCARELLI, PC D/B/A    :
CICCARELLI LAW OFFICES,       :

                                  :
          Respondent        :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 21st day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.